UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

RICHARD STONE,

                Plaintiff,

-against-                               18 **CIVIL** 3869 (VSB)

## **JUDGMENT**

23RD CHELSEA ASSOCIATES, et al.,

                Defendants.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 30, 2020, Defendants' motion to dismiss is granted; accordingly, this case is closed.

**Dated:** New York, New York
           March 30, 2020

                                                            **RUBY J. KRAJICK**
                                                             _____
                                                               **Clerk of Court**
                       **BY:**
                                                              _____
                                                              **Deputy Clerk**